**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSE IRIZARRY,** | : | |
| | : | **Case No. 2:17-cv-00744** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| **v.** | : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **LIEUTENANT RING,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF STIPULATED DISMISSAL

Plaintiff and Defendants, by and through respective counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby give notice of the Stipulated Dismissal of this action, in its entirety, with prejudice. The Parties shall bear their own costs and expenses associated with the action.

Respectfully submitted,

MICHAEL DeWINE
Ohio Attorney General

*s/ Jacqueline C. Greene*
*per e-mail authority 6/21/18*
JACQUELINE C. GREENE (0092733)
SARAH GELSOMINO (0084340)
Friedman & Gilbert
55 Public Square, Suite 1055
Cleveland, Ohio 44113
P: 216-241-1430/Fax: 216-621-0427
jgreene@f-glaw.com
sgelsomino@f-glaw.com

*Trial Attorneys for Plaintiff*

*s/ Andrea K. Boyd*
ANDREA K. BOYD (0090468)
THOMAS MADDEN (0077069)
Assistant Attorneys General
Criminal Justice Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
P: 614-644-7233/F: 866-239-5489
Andrea.Boyd@ohioattorneygeneral.gov
Thomas.Madden@ohioattorneygeneral.gov

*Trial Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 21st day of June, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by the operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Andrea K. Boyd*
ANDREA K. BOYD (0090468)
Assistant Attorney General
